McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2723

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-CV-02796-DFL-KJM |
| | ) | |
| Plaintiff, | ) | APPLICATION AND ORDER |
| | ) | FOR PUBLICATION |
| v. | ) | |
| | ) | |
| APPROXIMATELY $87,257.36 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NO. 0046 5585 5745, HELD IN THE NAME OF MINI TRUCK EXPRESS, INC., | ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, plaintiff herein, applies for an order of publication as follows:

1.   Rule G(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims (hereafter "Supplemental Rules") provides that the plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation, designated by order of the Court;

2.   Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for

1

1 publication;

2     3.    The defendant property was seized in the city of El Monte,
3 in Los Angeles County, California;

4     4.    Plaintiff proposes that publication be made as follows:

5         a.    Three publications;

6         b.    In the following newspaper, a legal newspaper of
7 general circulation, located in the county (Los Angeles) in which the
8 defendant property was seized: <u>Metropolitan News</u>;

9         c.    The publication to include the following:

10             (1)    The Court, title and number of the action;

11             (2)    The date of the arrest/seizure;

12             (3)    The identity and/or description of the property
13 arrested/seized;

14             (4)    The name, address and telephone number of the
15 attorney for the plaintiff;

16             (5)    A statement that claims of persons entitled to
17 possession or claiming an interest pursuant to Supplemental Rule G(5)
18 must be filed with the Clerk and served on the attorney for the
19 plaintiff within 30 days after the date of publication;

20             (6)    A statement that answers to the complaint or a
21 motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed.
22 R. Civ. P.") must be filed and served within 20 days after the filing
23 of the claims and, in the absence thereof, default may be entered and
24 condemnation ordered;

25             (7)    A statement that applications for intervention
26 under Fed. R. Civ. P., Rule 24 by persons claiming maritime liens or
27 other interests shall be filed within the 30 days allowed for claims

28

for possession; and

                (8) The name, address, and telephone number of the U.S. Marshal and/or Bureau of Alcohol, Tobacco, Firearms and Explosives.

DATED: 12/8/06                     McGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ Kristin S. Door
                                   KRISTIN S. DOOR
                                   Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

DATE: December 11, 2006.

_____
U.S. MAGISTRATE JUDGE

3