McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2723

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-CV-02796-FCD-KJM |
| Plaintiff, ) | FINAL JUDGMENT OF FORFEITURE |
| v. ) | |
| APPROXIMATELY $87,257.36 IN U.S. ) CURRENCY SEIZED FROM BANK OF ) AMERICA ACCOUNT NO. 0046 5585 5745,) HELD IN THE NAME OF MINI TRUCK ) EXPRESS, INC., ) | |
| Defendant. ) | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against Approximately $87,257.36 in U.S. currency seized from Bank of America Account No. 0046 5585 5745, held in the name of Mini Truck Express, Inc. (hereafter "the defendant funds") seized on October 17, 2006, by the Bureau of Alcohol, Tobacco, Firearms, and Explosives.

2. A Complaint for Forfeiture *In Rem* (hereafter "Complaint") was filed on or about December 8, 2006, seeking the forfeiture of

1

1 the defendant funds, alleging that said funds are subject to
2 forfeiture to the United States pursuant to 18 U.S.C. §§
3 981(a)(1)(A) and 981(a)(1)(C).

4     3.  On or about December 8, 2006, the Clerk issued a Warrant
5 for Arrest of Articles <u>In Rem</u> for the defendant funds, and that
6 warrant was duly executed on December 21, 2006.

7     4.  On or about December 19, 2006, copies of the Complaint,
8 Arrest Warrant, Application and Order for Publication, Notice of
9 Related Cases, Related Case Order, and court notices were served on
10 Akrum Alrahib's attorney Quin Denvir, by certified mail.  The
11 above-listed documents were also served on Akrum Alrahib's other
12 attorney Jason M. Silver by certified mail on or about December 21,
13 2006.  The above-listed documents were personally served on Jason
14 Garrido on January 3, 2007, and left at the residence of claimant
15 Akrum Alrahib on January 6, 2007.

16     5.  On or about January 22, 29, and February 5, 2007, a Public
17 Notice of Arrest of the defendant funds appeared by publication in
18 the <u>Metropolitan New-Enterprise</u>, a newspaper of general circulation
19 in the county in which the defendant funds were seized (Los
20 Angeles).  The Declaration of Publication was filed with the Court
21 on February 20, 2007.

22     6.  Claimant Akrum Alrahib filed a verified claim to the
23 defendant funds on January 19, 2007.  A Clerk's Certificate of
24 Entry of Default was filed on March 15, 2007, against Jason
25 Garrido.  No other parties have filed claims or answers in this
26 matter, and the time for which any person or entity may file a
27 claim and answer has expired.

28

7.  Claimant Akrum Alrahib represents and warrants that he is the sole owner of the defendant funds.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.  The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.  Judgment is hereby entered against claimant Akrum Alrahib, potential claimant Jason Garrido, and all other potential claimants who have not filed claims in this action.

3.  The defendant funds shall be forfeited to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C), to be disposed of according to law.

4.  Plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the arrest, seizure or forfeiture of the defendant funds.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said arrest, seizure or forfeiture, as well as to those now known or disclosed.  The parties waive the provisions of California Civil Code § 1542.

5.  Claimant Akrum Alrahib hereby waives any and all claim or right to interest that may have accrued on the above-listed defendant funds.

6.  Without admitting that the defendant funds are proceeds of mail and wire fraud violations, claimant Akrum Alrahib stipulates that there was reasonable cause for the seizure and arrest of the

3

defendant funds and that the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

7. All parties will bear their own costs and attorneys' fees, if any.

SO ORDERED THIS 11th day of FEBRUARY, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

### CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, and the allegations set forth in the Complaint for Forfeiture <u>In</u> <u>Rem</u> filed December 8, 2006, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant funds.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

4